UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00254-JPH-MJD ) |
| BRANDON BYRD, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Paul R. Cherry's Report and Recommendation and all findings therein, dkt. [72]. The Court now **ORDERS** that Brandon Byrd's supervised release is therefore **REVOKED**, dkt. [65], and Mr. Byrd is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day with no supervised release to follow. The Court recommends placement at FCI Terre Haute, satellite camp with mental health/substance abuse treatment.

**SO ORDERED.**

Date: 9/7/2021

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana